```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RASHON ANTHONY,                     )
                                    )
          Plaintiff                 )   Civil Action
                                    )   No. 14-cv-02809
          v.                        )
                                    )
CAROLYN W. COLVIN,                  )
  Acting Commissioner of the        )
  Social Security Administration,   )
                                    )
          Defendant                 )
                                    )
SOCIAL SECURITY ADMINISTRATION      )
                                    )
          Interested Party          )

                      O R D E R

        NOW, this 4th day of October, upon consideration of

the following documents:

   (1)   Complaint filed by plaintiff pro se on July 18, 2014;

   (2)   Decision of Administrative Law Judge Linda M. Bernstein
         dated August 2, 2012 and filed September 19, 2014;

   (3)   Motion filed by plaintiff pro se on April 20, 2016;[1]

   (4)   Defendant's Response to Request for Review of Plaintiff,
         which response was filed May 26, 2016; and

   (5)   Report and Recommendation of United States Magistrate
         Judge Marilyn Heffley dated and filed September 9, 2016;

it appearing that no objections have been filed to the Report

and Recommendation of Magistrate Judge Heffley;[2] it further

---

[1]  The motion requests review of the Administrative Law Judge's decision.

appearing after a thorough review of this matter that Magistrate Judge Heffley's Report and Recommendation correctly determined the legal and factual issues presented in this case,

IT IS ORDERED that Magistrate Judge Heffley's Report and Recommendation is approved and adopted.

IT IS FURTHER ORDERED that the Motion requesting review is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of the Social Security Administration and against plaintiff Rashon Anthony.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge

---

[2] Plaintiff and defendant received a Notice accompanying the Report and Recommendation stating that they were required to file any objections to the Report and Recommendation within fourteen days of service of the Notice and filing of the Report and Recommendation pursuant to Rule 72.1(IV)(b) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania.  The Report and Recommendation was filed on September 9, 2016 and the Notice was served on September 9, 2016.  Thus, any objections were required to be filed on or before September 23, 2016.

As of the date of this order, no objections to the Report and Recommendation have been filed.